[Cite as *Vargo v. Cleveland*, 2011-Ohio-6297.]

# Court of Appeals of Ohio

EIGHTH APPELLATE DISTRICT
COUNTY OF CUYAHOGA

---

JOURNAL ENTRY AND OPINION
**No. 96957**

---

## KAREN VARGO

PLAINTIFF-APPELLEE

vs.

## CITY OF CLEVELAND, ET AL.

DEFENDANTS-APPELLANTS

---

**JUDGMENT:**
DISMISSED

---

Civil Appeal from the
Cuyahoga County Court of Common Pleas
Case No. CV-727094

**BEFORE:** Celebrezze, P.J., Jones, J., and Cooney, J.

**RELEASED AND JOURNALIZED:** December 8, 2011

**ATTORNEYS FOR APPELLANTS**

Barbara A. Langhenry
Interim Director of Law
By:    Joseph F. Scott
Chief Assistant Director of Law
Stacey E. Fernengel
Assistant Director of Law
City of Cleveland
Department of Law
601 Lakeside Avenue
Room 106
Cleveland, Ohio   44114-1077


**ATTORNEYS FOR APPELLEE**

Christian R. Patno
Daniel M. Singerman
McCarthy, Lebit, Crystal & Liffman Co., L.P.A.
101 West Prospect Avenue
Suite 1800
Cleveland, Ohio   44115

FRANK D. CELEBREZZE, JR., P.J.:

{¶ 1} This cause was before us on appeal of defendant-appellant, the city of Cleveland. On November 29, 2011, a joint stipulation dismissing the appeal pursuant to App.R. 28 was filed by the parties (Motion No. 449864 is granted).

{¶ 2} Accordingly, this appeal is dismissed.

It is ordered that appellee recover from appellant costs herein taxed.

A certified copy of this entry shall constitute the mandate pursuant to Rule 27 of the Rules of Appellate Procedure.


FRANK D. CELEBREZZE, JR., PRESIDING JUDGE

LARRY A. JONES, J., and
COLLEEN CONWAY COONEY, J., CONCUR